# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

IN RE: MEDICAL REVIEW PANEL
FOR THE CLAIM OF ERIC
SCHLOEGEL

NO.  2019 CW 1506

**FEB 1 0 2020**

---

In Re:    Clark Warden, M.D., Surgical Specialists of Louisiana, LLC, and Lake Surgical Hospital Slidell, LLC d/b/a Southern Surgical Hospital, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2019-10744.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT